UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE CLAIRE VIRTUE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A.; WELLS FARGO; HB1 ALTERNATIVE HOLDINGS; CHAMPION MORTGAGE; PHH MORTGAGE; THE FEDERAL RESERVE BANK OF NEW YORK; and THE FEDERAL RESERVE BOARD OF GOVERNORS,<br><br>                    Defendants. | 25-CV-1215 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff has moved for reconsideration of the Court's order at ECF No. 30. ECF No. 32. Plaintiff alleges that the eviction at issue stems from a state court motion filed on March 22, 2024. *See id.* Plaintiff is directed to provide the court with a copy of that motion as well as all other relevant information about the alleged state court proceeding and the alleged non-judicial foreclosure by **May 23, 2025**, or the motion for reconsideration will be denied for the reasons stated in the Court's order at ECF No. 30.

Dated: May 7, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge