UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE CLAIRE VIRTUE,<br><br>        Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A.; WELLS FARGO; HB1 ALTERNATIVE HOLDINGS; CHAMPION MORTGAGE; PHH MORTGAGE; THE FEDERAL RESERVE BANK OF NEW YORK; and THE FEDERAL RESERVE BOARD OF GOVERNORS,<br><br>        Defendants. | 25-CV-1215 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Plaintiff has moved for reconsideration of the Court's order at ECF No. 30. ECF No. 32. Plaintiff has also responded to the Court's order to show cause regarding subject matter jurisdiction at ECF No. 28. On May 7, 2025, the Court directed Plaintiff to provide a copy of documents pertaining to alleged state court proceedings that Plaintiff contends is the basis for reconsideration. ECF No. 33. Plaintiff did so. ECF No. 34.

  The Court has reviewed these documents, which indicate an ongoing action in state court that also considers the constitutional issues raised in the instant federal suit. For the same reasons stated in the order at ECF No. 30, the Court lacks jurisdiction to consider this action. *See* ECF No. 30; *see also Matava v. CTPPS, LLC*, No. 3:22-CV-242 (CSH), 2022 WL 462396, at *6 (D. Conn. Feb. 15, 2022) ("[U]nder the Anti-Injunction Act, 28 U.S.C. § 2283, a federal court is barred from enjoining ongoing state court proceedings, including those involving real property, such as eviction or foreclosure."); *id.* at *3 (finding that under *Younger* abstention doctrine, a court must refrain from hearing the case when "(1) there is a pending state proceeding, (2) that implicates an important state interest, and (3) the state proceeding affords the federal plaintiff an

adequate opportunity for judicial review of his or her federal constitutional claims"); *Manning v. City of New York*, No. 24-CV-4747 (LGS), 2024 WL 3377997, at *2 (S.D.N.Y. July 11, 2024); *Ajaero v. Obama*, No. 23-CV-8096 (LTS), 2023 WL 7386583, at *5–6 (S.D.N.Y. Nov. 7, 2023), *appeal dismissed* (Mar. 12, 2024).

For those reasons, this case is DISMISSED. And for the same reasons, the Court also certifies that any *pro se* appeal would be frivolous and Plaintiff is denied *in forma pauperis* status. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: June 4, 2025
　　　　New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge